```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
UNITED STATES OF AMERICA                                        :
                                                                :      ORDER
        -against-                                               :
                                                                :      S1 20 Cr. 631 (AKH)
NATHANIEL CROSKEY,                                              :
                                                                :
                        Defendant.                              :
                                                                :
--------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 5, 2021, I held a telephonic status conference with the parties in the above-captioned matter.  For the reasons discussed on the record, the Court holds, after hearing the parties and considering the factors set out in 18 U.S.C. § 3142(g)(1)–(4), that the Government has sustained its burden under 18 U.S.C. § 3142(e), (f) of showing, by clear and convincing evidence, that "no condition or combination of conditions will reasonably assure the appearance of [Defendant Croskey] as required and the safety of any other person and the community."  Accordingly, Defendant Croskey shall be detained before trial.

        SO ORDERED.

Dated:    April 5, 2021                            _____/s/_____
             New York, New York                    ALVIN K. HELLERSTEIN
                                                         United States District Judge