```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
 UNITED STATES OF AMERICA        :
                                 :   S1 20 Cr. 631 (AKH)
         - v. -                  :
                                 :   ORDER
 NATHANIEL CROSKEY,              :
     a/k/a "Tank,"               :
                                 :
               Defendant.        :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Alexander Li, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing all the documents in the files of the New York City Police Department ("NYPD"), the Office of the New York County District Attorney, and any related court reporting services, sealed search warrants; sealed affidavits and minutes of applications for search warrants; sealed arrest records; evidence obtained pursuant to grand jury subpoenas, court orders, and search warrants, in connection with any investigation, including images of electronic devices; testimony of grand jury proceedings; and records of proffers, interviews, and interrogations associated with the investigation, arrest, and state prosecution of NATHANIEL CROSKEY, DOB

███████, NYSID# ███████, NYPD arrest number M20623601-J, NYPD complaint number 2020-028-03184.

      IT IS HEREBY ORDERED that the materials specified above in the files of the NYPD, the Office of the New York County District Attorney, and any related court reporting service be unsealed and made available to the United States Attorney's Office for the Southern District of New York.

Dated:  New York, New York
        April 23, 2021

      /s/ Hon. Alvin K. Hellerstein
      _____
      HONORABLE ALVIN K. HELLERSTEIN
      UNITED STATES DISTRICT JUDGE
      SOUTHERN DISTRICT OF NEW YORK