UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,           :
                                    :
                                    :     **ORDER OF REFERENCE**
      -against-                     :
                                    :     20 Cr. 631 (AKH)
                                    :
                                    :
NATHANIEL CROSKEY,                  :
                                    :
                        Defendant.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Nathaniel Croskey seeks to substitute his counsel. The substitution of counsel conference is hereby referred to a magistrate judge.

      SO ORDERED.

Dated:   August 9, 2021              _____/s/_____
         New York, New York          ALVIN K. HELLERSTEIN
                                     United States District Judge