UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA                   :
                                           :
                                           :     **SCHEDULING ORDER**
            -against-                      :
                                           :      20 Cr. 631 (AKH)
                                           :
                                           :
NATHANIEL CROSKEY,                         :
                                           :
                         Defendant.        :
                                           :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a bail hearing on January 3, 2022, at

10:30 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court

directs those calling in (other than counsel) to mute their telephones.  Additionally, all

participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than December 29, 2021, at 12:00 p.m., the parties shall jointly

submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list

of all counsel expected to appear on the record, along with their contact information.


        SO ORDERED.

Dated:     December 22, 2021              _____/s/__Alvin K. Hellerstein_____
           New York, New York               ALVIN K. HELLERSTEIN
                                            United States District Judge