# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

February 9, 2022

Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The request is granted. So ordered.
/s/ Alvin K. Hellerstein
February 10, 2022

Re: *USA v Croskey,* 20 Cr. 631(AKH)

Your Honor:

David Greenfield and I represent Nathaniel Croskey in the referenced case and we are submitting this letter to request permission to file interim vouchers. There are a number of reasons for this request.

First, this case involves voluminous discovery, including materials relating to the interception of electronic communications. Second, because we are both sole practitioners, it will be a hardship to delay submitting vouchers until the conclusion of this case, which is currently scheduled for trial at the end of March, 2022. Indeed, even if there is a resolution of this case without a trial, it will still be many months before sentencing.

For these reasons, we ask that this Court to grant both Mr. Greenfield and myself permission to file interim vouchers.

Respectfully submitted,

_____/s/_____
James E. Neuman