

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2022

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:  **United States** v. **Reginald Claxton**, S1 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

    The Government writes to advise the Court that yesterday, June 13, 2022, Shamar Caviness, a/k/a "Shawn," was arrested upon a complaint charging Caviness with one count of retaliation against an informant, in violation of 18 U.S.C. §§ 1513 and 2.  The target of Caviness's threats was the confidential informant who will testify at trial in this case.  Caviness was presented today before Magistrate Judge Willis and was ordered detained.  A copy of the complaint is enclosed herewith.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

by: _____
    Alexander Li
    Andrew Rohrbach
    Ryan Finkel
    Assistant United States Attorneys
    (212) 637-2265/2345/6612

Enclosure

CC:    Daniel McGuinness, Esq., counsel to defendant Reginald Claxton (*by ECF*)