# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

August 9, 2022

Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> *Sentencing is adjourned until Oct 13, 2022 at 12 p.m*
> */s/ Alvin K. Hellerstein*
> *8/19/2022*

Re: *USA v Croskey,* 20 Cr. 631(AKH)

Your Honor:

    David Greenfield and I represent Nathaniel Croskey in the referenced case and we are submitting this letter to ask that his sentencing, currently scheduled to occur on August 24, 2022, be postponed for 45 days, or a date thereafter that is convenient to the Court. The primary reason for this request is that we are still in the process of gathering letters and other materials from Mr. Croskey's family. The government consents to this request.

Respectfully submitted,

/s/
James E. Neuman